IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK ANTHONY FELICIO,

    Plaintiff,　　　　　　　　　　　CIV. NO. S-08-1876 GEB GGH PS

  vs.

STATE OF CALIFORNIA, et al.,

    Defendants.　　　　　　　　　　ORDER
_____/

      Plaintiff has noticed for hearing on November 20, 2008 a motion to amend the complaint, filed November 10, 2008. (Docket #17). This motion was not properly noticed. E.D. Local Rule 78-230. It will therefore be vacated from the court's November 20, 2008 calendar.[1] The proposed third amended complaint may be the subject of consideration in regard to any potential leave to amend, however, in the event that defendant's motion to dismiss, which remains on calendar, is granted.

///

///

///

---

[1] Defendants' motion to dismiss will remain on that calendar.

1

1  Accordingly, IT IS ORDERED that plaintiff's motion to amend (docket #17) is
2  vacated from the calendar for November 20, 2008.
3  DATED: November 18, 2008

/s Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076:Felicio1876.vac.wpd