IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK ANTHONY FELICIO,

    Plaintiff,                                   CIV. NO. S-08-1876 GEB GGH PS

    vs.

STATE OF CALIFORNIA, et al.,

    Defendants.                                  <u>ORDER</u>

_____/

        Previously pending on this court's law and motion calendar for November 20, 2008, was defendants' motion to dismiss, filed October 14, 2008.[1]  Plaintiff appeared in pro se. Defendants were represented by Daniel Alweiss.  Having reviewed the papers and heard oral argument, the court now issues the following order.

        Plaintiff alleges that on or about August 14, 2006, he was stopped, interrogated, detained, and without having been given any field sobriety tests, was placed in defendants' patrol car with handcuffs.  He was then driven around aimlessly, and eventually taken to San Joaquin General Hospital after complaining that his handcuffs were too tight.  Sobriety tests, including blood tests, were administered there, which indicated that plaintiff was not under the influence. Defendants still had not adjusted the handcuffs, which were causing bruising and bleeding.

---

[1] Plaintiff's motion to amend (docket #17) was previously vacated from the calendar for November 20, 2008 as improperly noticed.

1  Plaintiff was then taken to San Joaquin County Jail for booking but could not be released because
2  the handcuffs could not be removed.  Plaintiff was then transported to a fire station where bolt
3  cutters were used to remove the handcuffs, causing further injury.  During this time, plaintiff
4  alleges that he was exposed to threats, physical force and actual "state imposed legal coercion."
5  New handcuffs were placed on plaintiff and he was transported back to jail where he claims he
6  was falsely imprisoned overnight.  All charges brought by defendants were later dropped by the
7  District Attorney.
8        Plaintiff brings these allegations under 42 U.S.C. § 1983, and the 4th, 5th, 6th, 8th,
9  13th, and 14th Amendments.  Plaintiff seeks compensatory and punitive damages.
10       The motion to dismiss addresses the deficiencies in the first amended complaint
11 which was permitted by the court on October 2, 2008, and is the only operative complaint at
12 present.$^2$
13       At the hearing, plaintiff was informed as to the deficiencies in the first amended
14 complaint, and why the only conceivable causes of action applicable to the stated facts were
15 under the 4th amendment for unlawful arrest and excessive force, and under the 14th amendment
16 for excessive force as a pretrial detainee.  Plaintiff was directed to file a second amended
17 complaint which sets forth a statement of facts, and then separate sections for each of these two
18 claims.$^3$  Plaintiff was also informed that he could not add the CHP as a defendant, referring to
19 the court's previous order of October 2, 2008.
20       Accordingly, IT IS ORDERED that:
21   1. Plaintiff's motion to amend the complaint, filed October 2, 2008, (docket #13), is
22 vacated.

---

$^2$  Plaintiff's motion to amend the complaint, filed October 2, 2008, was not noticed for hearing and will be vacated in this order.  Another motion to amend the complaint was previously vacated from the November 20, 2008 calendar as not properly noticed.

$^3$  Plaintiff requested and received permission to add a state law claim.

2

2. Defendants' motion to dismiss, filed October 14, 2008, (docket # 14), is granted with leave to amend.

3. Plaintiff shall file a second amended complaint as set forth in this order, within twenty days of the November 20, 2008 hearing.

4. Plaintiff's application to utilize the electronic filing system, filed November 10, 2008, (docket #16), is granted. Plaintiff is directed to contact the Clerk's Office, Jeremy Donati, at (916) 930-4053, to provide information necessary to set up a user account.

DATED: Decenber 1, 2008

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076/Felicio1876.mtd2.wpd